UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAY'IM BEN-SHOLOM<br>a.k.a. Ryan Michael Marshall,<br><br>           Petitioner,<br><br>  vs.<br><br>ROBERT L. AYERS, JR., as Warden<br>of San Quentin State Prison,<br><br>           Respondent. | Case No. 1:93-CV-05531 AWI<br><br><u>DEATH PENALTY CASE</u><br><br>ORDER DENYING WITHOUT PREJUDICE RESPONDENT'S REQUEST TO STAY DIRECTIVE TO STATE COURT TO VACATE PETITIONER'S DEATH SENTENCE |

      This matter is before the Court on the August 26 and 27, 2008 requests by Respondent Robert L. Ayers, Jr., as Warden of San Quentin State Prison (the "Warden") to stay the July 11, 2008 order directing the State of California to set aside the death sentence of Petitioner Chay'im Ben-Sholom ("Ben-Sholom") in *People v. Ryan Michael Marshall*, Tulare County Superior Court Case No. 23087, and either resentence him to a prison term of life without parole or initiate proceedings to retry the penalty phase within 90 days. Although the Warden is not appealing the July 11, 2008 order granting penalty phase relief, Ben-Sholom is appealing the denial of guilt phase relief and if he is successful on appeal the State of California will be faced with retrying him. The Warden is concerned that Ben-Sholom may receive two retrials, one for the penalty following the July 11, 2008 order, and one for the conviction and death eligibility special circumstances in the event his appeal to the Ninth Circuit is successful. He argues that multiple retrials will strain the resources of Tulare County, the situs of any retrial.

1      The Court does not disagree with the Warden's concerns. However, the Warden has provided no support for the notion that the Tulare County District Attorney intends to retry Ben-Sholom's penalty phase. Absent an indication from the Tulare County District Attorney that the office will retry Ben-Sholom, the July 11, 2008 order stands. The Warden's request to stay that order is denied without prejudice.

IT IS SO ORDERED.

Dated:   August 27, 2008                                    /s/ Anthony W. Ishii
                                                                        Anthony W. Ishii
                                                                    United States District Judge